STEPHANIE M. HINDS (CABN 154284)
United States Attorney

MICHELLE LO (NYBN 4325163)
Chief, Civil Division

SHIWON CHOE (CABN 320041)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    Facsimile: (415) 436-6748
    shiwon.choe@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. KEVIN KLIMASZEWSKI, <br><br> Plaintiff, <br><br> v. <br><br> BOX, INC. and CARAHSOFT TECHNOLOGY CORP., <br><br> Defendants. | Case No. 4:21-cv-03395-DMR <br><br> **THE UNITED STATES' STATEMENT REGARDING VOLUNTARY DISMISSAL; [PROPOSED] ORDER TO UNSEAL** <br><br> **FILED UNDER SEAL** |

1     The United States hereby notifies the Court that it consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

    The United States requests that (1) Relator's Complaint, (2) the Summons, (3) the Order Setting Initial Case Management Conference and ADR Deadlines, (4) Relator's Consent to Magistrate Judge Jurisdiction, if any, (5) Relator's Notice of Voluntary Dismissal, (6) this Statement, and (7) the attached proposed Order be unsealed and that the seal be lifted as to all matters subsequently occurring in this action. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

    A proposed order accompanies this notice.

DATED: July 25, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　STEPHANIE M. HINDS
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　*s/Shiwon Choe*
　　　　　　　　　　　　　　　　　　　　SHIWON CHOE
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　　　Attorneys for the United States

**[PROPOSED] ORDER TO UNSEAL**

Relator having voluntarily dismissed this action, and the United States having not objected, IT IS HEREBY ORDERED THAT:

1. Relator's Complaint; the Summons; the Order Setting Initial Case Management Conference and ADR Deadlines; Relator's Consent to Magistrate Judge Jurisdiction, if any; Relator's Notice of Voluntary Dismissal; the United States' Statement Regarding Voluntary Dismissal; and this Order, are hereby unsealed.

2. All other contents of the Court's file in this action shall remain under seal and not be made public.

3. The seal is lifted as to all other matters occurring in this action after the date of this Order.

IT IS SO ORDERED.

DATED: July ___, 2022

_____
HON. DONNA M. RYU
United States Magistrate Judge